UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN PEA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1764** |
| **DANIEL EDWARDS ET AL.** | **SECTION "G" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment as to plaintiff's religious rights claim is **GRANTED** and that this claim is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the remainder of plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**NEW ORLEANS, LOUISIANA,** this ___5th___ day of August, 2015.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**